CALKINS *v.* STATE TAX COMMISSION.

This case is controlled by *Dossin's Food Products, Inc.,* v. *State Tax Commission,* 360 Mich 312.

BLACK and SOURIS, JJ., dissenting.

Appeal from Wayne; Weideman (Carl M.), J. Submitted January 14, 1960. (Docket No. 72, Calendar No. 48,221.) Decided June 7, 1960.

Petition by Donald A. Calkins, Annie M. Calkins, David G. Heilbrun, and Mary Ellen Heilbrun against the Michigan State Tax Commission and the City of Dearborn, a municipal corporation, to review determination of real property tax. Motion to dismiss denied. Defendants appeal. Reversed.

*Craig, Posler & Randall (Roger E. Craig,* of counsel), for plaintiff.

*Paul L. Adams,* Attorney General, *Samuel J. Torina,* Solicitor General, *T. Carl Holbrook* and *William D. Dexter,* Assistants Attorney General, for defendant State Tax Commission.

*Ralph B. Guy, Jr.,* Corporation Counsel, and *Carl P. Garlow,* Assistant Corporation Counsel, for defendant City of Dearborn.

DETHMERS, C. J. Decision and opinion of this Court in *Dossin's Food Products, Inc.,* v. *State Tax Commission,* 360 Mich 312, is controlling of the issues in the instant case. The trial judges having come to opposite conclusions in the 2 cases, affirmance in that requires reversal in this case.

The order below denying defendants' motion to dismiss this cause is reversed. An order dismissing the cause may enter. No costs, a public question being involved.

CARR, KELLY, and KAVANAGH, JJ., concurred with DETHMERS, C. J.

SOURIS, J. (*dissenting*). For reasons set forth in my opinion in *Dossin's Food Products, Inc.,* v. *State Tax Commission,* 360 Mich 312, 317, I vote to affirm Judge Weideman's order denying defendants' motion to dismiss.

BLACK, J., concurred with SOURIS, J.

EDWARDS, J. (*concurring*). We concur on grounds stated in the concurring opinion in *Dossin's Food Products, Inc.,* v. *State Tax Commission,* 360 Mich 312, 320.

SMITH, J., concurred with EDWARDS, J.